**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Luis BOSQUES–GUTIERREZ, Defendant–Appellant.**

**No. 10–30224**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 15, 2011.

Camille Ann Domingue, Brett L. Grayson, Assistant U.S. Attorneys, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Mark David Plaisance, Esq., Baker, LA, for Defendant–Appellant.

Jose Luis Bosques–Gutierrez, Sandstone, MN, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jose Bosques–Gutierrez has moved for leave to withdraw and has filed a brief and supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bosques–Gutierrez has not filed a response.

Counsel's briefs fail to comply with *United States v. Flores,* 632 F.3d 229, 232–33 (5th Cir.2011), in which we admonished

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that an *Anders* brief should address every applicable item on this court's *Anders* checklist, with reference to the facts of the proceedings and citation to the record and relevant legal authority. The briefs fail to address all relevant issues and contain only a cursory examination of the district court's compliance with FED.R.CRIM.P. 11.

Although *Flores* teaches that such facially inadequate briefs should not be accepted, we grant the *Anders* motion in the interest of judicial economy, because it is apparent from the record that this appeal does not involve a nonfrivolous issue. Counsel is directed that future *Anders* filings should comply with *Flores*.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.